■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES COLON, Appellant. [673 NYS2d 323] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered September 19, 1996, convicting him of menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Bynum*, 70 NY2d 858). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

We have considered the defendant's remaining contention and find it to be without merit. Ritter, J. P., Thompson, Altman and McGinity, JJ., concur.